UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.  O8 CR 53 |
| v. ) | |
| ) | Judge Martin C. Ashman |
| HUMBERTO ALVAREZ-HACOBO ) | |

**ATTORNEY DESIGNATION**

Please take notice that KENNETH E. YEADON, Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Kenneth E. Yeadon
    KENNETH E. YEADON
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5326